UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Kathleen J. Papesh,

       Plaintiff,

vs.                             ORDER ADOPTING
                                REPORT AND RECOMMENDATION

Carolyn W. Colvin, *Acting*
*Commissioner of Social Security*,

       Defendant.                Civ. No. 13-161 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Pursuant to the Eighth Circuit Court of Appeals Judgment of May 27, 2015, [Docket No. 26], this case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the opinion of the Eighth Circuit Court of Appeals.

2. Judgment is Entered Accordingly.


DATED: September 3, 2015                 s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis
                                               United States District Court