UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kathleen J. Papesh,

       Plaintiff,

    v.                               ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

Carolyn W. Colvin,
*Acting Commissioner of Social Security*,

       Defendant.               Civ. No. 13-161 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S. C. §406(b) [Docket No. 36] is GRANTED.

2. That Plaintiff is awarded attorney's fees in the amount of $5,000.00.

3. Judgment is entered accordingly.


DATED: August 4, 2016                        s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis
                                                     United States District Court